ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 3 2003

at 9 o'clock and 25 min. 9 M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAG. NO. 03-0466LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL COMPLAINT |
| ) | |
| DAVID BRANT JONES ) | |
| ) | |
| Defendant. ) | |

CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 1, 2003, while aboard an aircraft within the special aircraft jurisdiction of the United States, that is United Airlines Flight #43, originating in Denver, Colorado and bound for Honolulu, Hawaii, United States of America, and outside the jurisdiction of any particular State or District, defendant DAVID BRANT JONES did assault Hedy I. Jeffs by attempting to choke her.

In violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(4).

_____
SA CHONG S. CHO, FBI
COMPLAINANT

Sworn to before me, and subscribed in my presence:
July 3, 2003 at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

## AFFIDAVIT

CHONG S. CHO, after being duly sworn, deposes and states as follows:

1. I am a Special Agent (SA) with the FEDERAL BUREAU OF INVESTIGATION (FBI) and have been so employed for approximately two years. I am currently assigned to the Violent Crime Squad of the Honolulu Division.

2. This affidavit is made in support of a Criminal Complaint against DAVID BRANT JONES for violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(4).

3. On July 2, 2003, the FBI Honolulu Office was notified by the State of Hawaii Department of Public Safety (DPS) Sheriff's Office and by the United States Attorney's Office for the District of Hawaii of a possible assault, which had occurred in mid-air on board United Airlines Flight #43, en route to Honolulu, Hawaii, from Denver, Colorado.

4. Affiant was advised by Sheriff's Deputy Keiron Pratt and through the official reports prepared by Sheriff's Deputy M. Muramoto, that a male passenger, later identified as DAVID BRANT JONES, assaulted another passenger, Hedy I. Jeffs, aboard United Airlines Flight #43. According to the prepared reports, JONES was observed arguing with his girlfriend, Jeffs, prior to boarding the aircraft in Denver. Once aboard the aircraft, the argument continued for a period of time and then stopped. Approximately one hour before arriving in Honolullu, JONES and Jeffs began arguing with each other again. During the course of this second argument, JONES allegedly grabbed the neck of Jeffs and attempted to choke her. Jeffs yelled at JONES to get his hands off her and stood up from her seat to alert a flight attendant. Jeffs then left her seat to go to the front of the aircraft where she was re-seated. The altercation terminated at that point. JONES was taken into custody by Sheriff's Deputies upon arrival into Honolulu.

5. JONES' criminal check revealed that JONES was arrested in West Virginia in 1980 for Entering Without Breaking, in 1983 for Burglary, in 1984 for Burglary and in 1989 for Grand Larceny. JONES was also arrested in Maryland in 2002 for Second Degree Assault and in Pennsylvania in 2002 for Terroristic Threatening and Harassment.

      6.  Based on the foregoing, and on my training and experience, I believe probable cause exists that DAVID BRANT JONES, within the special aircraft jurisdiction of the United States, assaulted Hedy I. Jeffs in mid-air aboard United Airlines, Flight #43, in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(4).

      FURTHER AFFIANT SAYETH NAUGHT

CHONG S. CHO
Special Agent/FBI

Subscribed and Sworn to Before Me
this 3rd Day of July, 2003.

United States Magistrate Judge
District of Hawaii