ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>          Plaintiff,  )<br>)<br>vs.  )<br>)<br>DAVID BRANT JONES  )<br>)<br>          Defendant.  )<br>) | MAG. NO. 03-466 LEK<br><br>WARRANT FOR ARREST |

WARRANT FOR ARREST

TO: ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

You are hereby commanded to arrest DAVID BRANT JONES and bring him forthwith to the nearest magistrate to answer a complaint charging him with one count of assault aboard an aircraft, in violation of Title 49 U.S.C. § 46506(1) and Title 18 U.S.C. § 113(a)(4).

Issued this 3rd day of July, 2003, at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

Bail fixed at $ To be Determined by  _____
United States Magistrate Judge
District of Hawaii

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____.

DATE RECEIVED: _____

DATE OF ARREST: _____

NAME AND TITLE OF ARRESTING OFFICER: _____

SIGNATURE OF ARRESTING OFFICER: _____