ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2003

at __ o'clock and __ min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 03-0464LEK |
| Plaintiff, ) | |
| vs. ) | WARRANT FOR ARREST |
| DAVID BRANT JONES ) | |
| Defendant. ) | |

WARRANT FOR ARREST

TO:  ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

You are hereby commanded to arrest DAVID BRANT JONES and bring him forthwith to the nearest magistrate to answer a complaint charging him with one count of assault aboard an aircraft, in violation of Title 49 U.S.C. § 46506(1) and Title 18 U.S.C. § 113(a)(4).

Issued this 3rd day of July, 2003, at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

Bail fixed at $ To be Determined  by  _____
United States Magistrate Judge
District of Hawaii

```
                                   RETURN
```

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE
ABOVE-NAMED DEFENDANT AT _____Honolulu, HI_____.

DATE RECEIVED: _7-3-03_

DATE OF ARREST: _7-3-03_

NAME AND TITLE OF ARRESTING OFFICER: _Chong S. Cho, SA FBI_

SIGNATURE OF ARRESTING OFFICER: _[signature]_